ORIGINAL

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

2012 SEP -6 PM 3: 56

DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. **4-12CR-185-Y** |
| | § | |
| KRISTOPHER D. KING | § | |

## INDICTMENT

The Grand Jury Charges:

### Count One

Transporting of a Visual Depiction of a Minor Engaging in Sexually Explicit Conduct
(Violation of 18 U.S.C. §§ 2252(a)(1) and 2252(b)(1))

On or about April 14, 2010, in the Fort Worth Division of the Northern District of Texas, defendant **Kristopher D. King** did knowingly ship and transport by any means and facility of interstate and foreign commerce, including by computer, any visual depiction, knowing the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct and such visual depiction is of such conduct.

Specifically, **King** used a computer and the Internet to ship and transport the following visual depictions of minors engaged in sexually explicit conduct:

| File name | Description of the image |
|---|---|
| images00b080(2).jpg | Image depicting anal-sexual intercourse of a nude prepubescent male by a nude male. |
| 559.jpg | Image depicting the masturbation of a nude minor male seated next to another nude male. |
| 8829456xsW.jpg | Image depicting the lewd and lascivious exhibition of the genitals of a nude prepubescent male. |

In violation of 18 U.S.C. §§ 2252(a)(1) and 2252(b)(1).

Forfeiture Notice
(18 U.S.C. § 2253)

Upon conviction of the offense alleged in Count One and pursuant to 18 U.S.C. § 2253(a), defendant **Kristopher D. King** shall forfeit to the United States of America (a) any visual depiction described in 18 U.S.C. § 2252 and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in the offense; (b) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense; and (c) any property, real or personal, used or intended to be used to commit or to promote the commission of the respective offense and any property traceable to such property.

The above-referenced property subject to forfeiture includes, but is not limited to, any interest in the following:

[no further text on this page]

1.      One Western Digital USB external hard drive, serial number

WXD0A9959368, seized pursuant to a search warrant executed on November 16, 2010,

by FBI agents at **King's** home in Euless, Texas.

A TRUE BILL

FOREPERSON

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

AISHA SALEEM
Assistant United States Attorney
State Bar of Texas No. 00786218
801 Cherry Street
Fort Worth, Texas 76102
Telephone: 817.252.5200
Facsimile: 817.252.5455
E-mail: Aisha.Saleem@usdoj.gov

**Indictment - Page 3**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

VS.

KRISTOPHER D. KING (1)

INDICTMENT

18 U.S.C. §§ 2252(a)(1) and 2252(b)(1)
Transporting of a Visual Depiction of a Minor Engaging
in Sexually Explicit Conduct

18 U.S.C. § 2253
Forfeiture

A true bill rendered:

DALLAS                                                              FOREPERSON

Filed in open court this 5th day of September, 2012.

Warrant to Issue

UNITED STATES MAGISTRATE JUDGE