*Criminal Case Cover Sheet*      **4-12C -185-Y**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS

**Related Case Information**
Superseding Indictment: ☐ Yes ☒ No
New Defendant: ☒ Yes ☐ No
Pending CR Case in NDTX: ☐ Yes ☒ No
Search Warrant Case Number: _____
Rule 20 from District of: _____
Magistrate Case Number: _____

1. **Defendant Information**
   Juvenile: ☐ Yes ☒ No
   Sealed: ☐ Yes ☒ No

   Defendant Name
   **KRISTOPHER D. KING (1)**
   Alias Name
   Address

2. **U.S. Attorney Information**
   AUSA   Aisha Saleem      State Bar # 00786218

3. **Interpreter**
   ☐ Yes ☒ No
   If Yes, list language and/or dialect: _____

4. **Location Status**
   Arrest Date:
   ☐ Federal Inmate
   ☐ Already in State Custody
   ☐ On Pretrial Release
   ☒ Warrant to Issue

5. **U.S.C. Citations**
   Total # of Counts as to This Defendant: 1    ☐ Petty    ☐ Misdemeanor    ☒ Felony

   | Citation | Description of Offense Charged | Count(s) |
   |---|---|---|
   | 18 U.S.C. §§ 2252(a)(1) and 2252(b)(1) | Transporting of a Visual Depiction of a Minor Engaging in Sexually Explicit Conduct | 1 |
   | 18 U.S.C. § 2253 | Forfeiture | |

   Date 08/29/2012      Signature of AUSA: *Aisha Saleem*