IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:12-CR-185-Y |
| | § | ECF |
| KRISTOPHER D. KING (01) | § | |

## EXPERT DESIGNATION

THE UNITED STATES OF AMERICA files this designation of expert witnesses pursuant to the Court's scheduling order and would show the Court the following:

1. **Jesse Basham**
   Computer Analyst
   North Texas Regional Computer Forensics Lab
   Dallas, Texas

   This witness can provide expert testimony regarding the forensic examination of the defendant's computer and any other storage media, the methods used to examine the computer, the analysis, and the evidence obtained from the computer, hardware and software, and other seized items.

rest of page intentionally left blank

**Designation of Experts - Page 1**

2. **Aaron Covey**
   Special Agent, FBI
   Dallas, Texas

   This witness has specialized knowledge regarding computer investigations to include internet child exploitation offenses involving peer-to-peer investigations and forensic examinations as they relate to peer-to-peer investigations.

      Respectfully submitted,

      SARAH R. SALDAÑA
      UNITED STATES ATTORNEY

       s/  Aisha Saleem
      AISHA SALEEM
      Assistant United States Attorney
      Texas State Bar No. 00786218
      801 Cherry Street, Suite 1700
      Fort Worth, Texas 76102
      Telephone: 817.252.5200
      Facsimile:  817.252.5455
      Email: aisha.saleem@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this the 31st day of October, 2012, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Northern District, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who has consented in writing to accept this Notice as service of this document by electronic means: William Biggs.

       s/  Aisha Saleem
      AISHA SALEEM
      Assistant United States Attorney